ACCEPTED
03-14-00512-CR
8281681
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 11:33:27 AM
JEFFREY D. KYLE
CLERK

**DAVID A. ESCAMILLA**
COUNTY ATTORNEY

STEPHEN H. CAPELLE
FIRST ASSISTANT

JAMES W. COLLINS
EXECUTIVE ASSISTANT

314 W. 11TH, STREET
GRANGER BLDG., SUITE 300
AUSTIN, TEXAS 78701

P. O. BOX 1748
AUSTIN, TEXAS 78767

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 11:33:27 AM
JEFFREY D. KYLE
Clerk



December 16, 2015

The Honorable Jeffrey D. Kyle
Travis County Clerk
P.O. Box 12547
Austin, Texas 78711

Re: *Crae Robert Pease v. The State of Texas*
Appeals No.: 03-14-00512-CR
*Substitution of Counsel*

Dear Mr. Kyle:

This letter advises the Court that the attorney of record for purposes of appeal is Giselle Horton.

Very truly yours,

William G. Swaim III
Assistant Travis County Attorney

Copy: Crae Pease
6715 Skynook Drive
Austin, Texas 78745